W. R. ZANES & Co. *v.* UNITED STATES

**No. 4957.**—Invoice dated Amotfors, Sweden, February 20, 1939.
Certified February 23, 1939.
Entered at Houston, Tex., April 13, 1939.
Entry No. 1177–H.

(Decided July 1, 1940)

*Little & Metzler* for the plaintiffs.

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

BROWN, Judge: This appeal to reappraisement has been stipulated and submitted for decision by counsel for the parties hereto.

On the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such value is 25,213 lbs. @ $3.10 per 100 lbs. less 2% c. i. f. Houston, less freight, insurance, and charges in the amount of $96.15. Judgment will be rendered accordingly.

W. R. ZANES & Co. v. UNITED STATES

**No. 4958.**—Invoice dated Grycksbo, Sweden, May 24, 1939.
Certified May 26, 1939.
Entered at Houston, Tex., July 14, 1939.
Entry No. 56–H.

(Decided July 1, 1940)

*Little & Metzler* for the plaintiffs.

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

BROWN, Judge: This appeal to reappraisement has been stipulated and submitted for decision by counsel for the parties hereto.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such value is 21,330 lbs. @ $3.10 per 100 lbs. less 2% c. i. f. Houston, less freight, insurance, and charges in the amount of $114.18. Judgment will be rendered accordingly.